**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

Mr. Steven William Gelish
212-04 73rd Avenue Apartment. 3p.
Bayside, N.Y. 11364

**PLAINTIFF/CLAIMANT,**

    <<<<<FELONY COMPLAINT JURY TRIAL DEMANDED>>>>>
    <<<<< OXYMORON OFFICIALDOM FELONIES>>>>>

    -AGAINST-

Name: U.S.A., N.Y. Government, Officialdom current and post administrations
Address: Land of common good and law, My Land, My Country {Uniroots}
{Next page, annexed list of Defendants of public contact information}

DEFENDANT
------------------------------------------------------------------X

**TO THE UNITED STATES DISTRICT COURT, EASTERN**
**DISTRICT OF NEW YORK:**

## I. Partes

Plaintiff/Complainant herein:
   I, Pro Se Esquire plaintiff/complainant, <u>Mr. Steven W. Gelish,</u> resides at domicile
212-04 73rd Avenue Apartment 3p.
  Bayside, New York 11364

Defendant herein:
  Name: U.S.A., N.Y. Government, Officialdom current and post administrations
Address: Land of common good and law, My Land, My Country {Uniroots}
  {Next page, annexed list of Defendants of public contact information}

SEYBERT

BOYLE, M



RECEIVED AUG 9 - 2010 PRO SE OFFICE

# =LIST OF TORTFEASORS/DEFENDANTS =

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
Mr. Steven W. Gelish
212-04 73rd Avenue Apartment 3P.
Bayside, New York 11364

PLAINTIFF/COMPLAINANT,

<<<<<FELONY COMPLAINT JURY TRIAL DEMANDED>>>>>
<<<<< OXYMORON OFFICIALDOM FELONIES>>>>>

- AGAINST-

Name: U.S.A., N.Y. Government, Officialdom current and post administrations
Address: Land of common good and law, My Land, My Country {Uniroots}

1. **United States President Mr. Barack O'bama, Vice President Mr. Joseph Biden current administration, White House Assistant Mr. Michael McNulty {plus all administrations prior, participating of tort}**
   1600 Pennsylvania Avenue N.W. & Old Executive Office Building Washington, D.C. 20500
   {202}456-1414

2. **Department of the Treasury**
   1500 Pennsylvania Avenue, NW
   Washington, D.C. 20220

3. **Board of Governors of the Federal Reserve System**
   20th Street and Constitution Avenue, N.W.
   Washington, DC 20551

4. **Department of Justice: {U.S. Attorney General Mr. Eric Holder/Director-FBI}, Mr. Robert Nardoza,**
   Constitution Avenue and 10th Street, N.W. Washington D.C. 20530

5. **Federal Bureau of Investigation {Director- Robert S. Mueller}**
   26 Federal Plaza N.Y. N.Y. 10007

6. **United States Attorney Generals Office** 277 Cadman Plaza East
   Brooklyn, NY 11201

7. **United States Eastern District Central Islip District Court {Justice Mr. Joseph Bianco, Pro-Se Clerk Ms. Cathy Vucovich}**
   100 Federal Plaza P.O. Box 9014 Central Islip, N.Y. 11722-9014

8. **United States Eastern District Brooklyn District Court**
   {Ms. Cathy Walsh Courts Attorney}
   225 Cadman Plaza East
   Brooklyn, NY 11201

9. **New York State, Governor**
   **Mr. David Patterson Office**
   State Capitol
   Albany, NY 12224

10. **New York State, Attorney General Mr. Andrew Cuomo**
    120 Broadway New York N.Y. 10007

11. **New York State, New York City Mayor Mr. Michael Bloomberg**
    One City Hall, N.Y. N.Y. 10007

12. **New York State, New York City, Criminal Court**
    **New York County District Attorney's Office**
    **Mr. Cyrus R Vance Jr.**
    One Hogan Place
    New York, NY 10013

13. **New York State Queens Borough City Councils Representatives:**
    **(A.) Ms. Grace Meng**
    136-20 38th Ave.
    Suite 10A
    Flushing, NY 11354
    **(B.) Mr. John Liu**
    135-27 38th Avenue Suite 388
    Flushing, New York 11354;
    1 Centre St # 530, New York, NY 10007
    **(C.) Mr. Peter Vallone Jr.**
    22-45 31st Street.
    Astoria, New York 11105

14..-**New York State, New York City Council Speaker:**
    **Ms. Christine Quinn**
    District Office
    224 West 30th Suite 1206
    New York, New York 10001

15. - **New York State, Nassau County District Attorney**
    **Ms Kathleen Rice, Assistant DA, Mr. Warren Thurer**
    272 Old Country Road,
    Mineola, N.Y. 11501

16.-**New York State, Queens District Attorney Office**
125-01 Queens Boulevard, Queens NY 11365

17.- **New York Police Department**
1 Police Plaza New York, New York 10007

18.- **Fraudulent Officialdom of Internal Intel laptop digital cyberterrorism**

DEFENDANT
-----------------------------------------------------------X

**TO THE UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF NEW YORK:**

**SIRS:**

# I. Partes

Plaintiff/Complainant herein:
   I, Pro Se Esquire plaintiff/complainant, <u>Mr. Steven W. Gelish,</u> resides at domicile 212-04 73rd Avenue Apartment 3p.
   Bayside, New York 11364

Defendant herein:
 Name:   U.S.A., N.Y. Government, Officialdom current and post administrations
Address: Land of common good and law, My Land, My Country {Uniroots}
   {Next page, annexed list of Defendants of public contact information}

**SIRS:**

**PLEASE TAKE NOTICE, The Jurisdiction of the Court is invoked pursuant to:,**

# II. This action civil matters is pursuant to ( 1 ) Civil Rights Act of  (28 U.S.C § 1343); ( 2 ) Federal Tort Claims Act  of (28 U.S.C. § 2671-80); (28 U.S.C. § 1346 (b) ) ; (28 U.S.C. § 1331 ); (28 U.S.C. §  1402 (b) ) ;  28 U.S.C.  § 1391 (e) ( 2 ), jurisdiction where acts transpired or where plaintiffs resides/venue choice.

# III.    PLEASE TAKE ACKNOWLEDGEMENT, that pursuant to;  <u>( 1 )  Federal Rules of Criminal Procedure, Laws and Penal Statutes of Rule 3., § 3.16; §3.17; 3.18; F.R. Crim. Pro. Rule 7</u>  to defer for indictment by Federal prosecutor; on the accusatory grounds of <u>the factual evidence</u> of the Obstruction of Justice CV-10-2021 & CV-10-2022 Filing.<u>, under TITLE 18 > PART II > CHAPTER 203 > § 3060 § 3060. Preliminary examination; and</u> New York State Criminal Procedure Laws, Criminal Penal Laws, and Codes <u>;CPL  Section §-100.05. ; §- 100.15 ; Commencing an action;</u> to the Eastern District prosecutor for an injunction for criminal indictments, warrants of arrest pre-discovery subpoenas pursuant to §- 110.10; § 110.10 (2) of factual evidence  discovery >> {See Exhibit 2- Department of Health Report,see IV

of the original CV-10-2021, OSC/TRO Affidavit in support}, it is imperative, you are hereby compelled to docket this Felony Complaint of multiple counts of felonies for investigation/indictments and prosecution to the defendants under the aforesaid above Federal and New York State Criminal Procedure Laws, Criminal Penal Laws, and Codes, <u>that provide the courts prosecuting powers *with or without* input or assistance from officials or district attorneys/prosecutors to the People of the State of New York; a citizen; claimant; Pro-Se Esquire/unbarred attorney to prosecute under the aforesaid F.R. Crim-Pro. & CPL's</u> {S*ee People vs. Shapiro, 61 N.Y. 2D 880, 474 N.Y.S. 2D 470, 462 N.E. 2D 1188 [1984]; See also People vs. Carter, 77 N.Y. 2D 95, 564 N.Y.S 2D 992, 566 N.E. 2D 119 [1990]; People vs. Van Sickle, 13 N.Y. 2D 61, 242 N.Y.S. 2D 34, 192 N.E. 2D 9 [1963]; Hynes vs. Tomei, 238 A.D. 2D 591, 657 N.Y.S. 2D 195 [2D Dept. 1997 ]}*

**IV.** PLEASE TAKE NOTICE, that pursuant to <u>Federal Rules of Criminal Procedure, Laws and Penal Statutes of Rule 3., § 3.16;§3.17; 3.18; F.R. Crim. Pro. Rule 7</u> defer to the Eastern District prosecutor for an injunction for criminal indictments warrants of arrest pre-discovery subpoenas, on the accusatory grounds of <u>the factual evidence</u> of the Obstruction of Justice CV-10-2021 & CV- 10-2022 Filing, {See Exhibits of the Affidavits in support of the OSC; the obstruction of justice invalid noncompliant null prior United States Eastern District Brooklyn and Central Islip District Court filing of the CV-10-2021 & CV-10-2022 OSC and TRO/ *See Courts computer cases directory.*[A mimicking of Watergate scandal;of history repeating itself non-compliant filing parrot Watergate/Plaintiff S.G.; selective prosecution/coverup scandal and a hate crime of Perverting, Obstruction of Justice filing.] }, <u>under TITLE 18 > PART II > CHAPTER 203 > § 3060 § 3060. Preliminary examination; and/or New York State;CPL §- 100.05. ; CPL §- 100.15; Section §- 100.05 ;Section §- 100.15 ; Sections §- 110.10; § 110.10 (2).</u> of the New York State Criminal Procedure Laws, Criminal Penal Laws, and Codes, in lieu of the following for investigation and prosecution.

1. <u>3-6 Justice bench Federal Civil and Criminal jury trial venue, pursuant of the New York State Criminal Procedure Laws, Criminal Penal Laws, and Codes, CPL §-100.05 ; Commencing an action.</u>

2. The Preliminary Injunctions of the improper invalid noncompliant null prior United States Eastern District Brooklyn and Central Islip District Court filing of the CV-10-2021 & CV-10-2022 OSC and TRO/ *See Courts computer cases directory.* {*See the invalid noncompliant null prior original United States Eastern District Brooklyn and Central Islip District Court filing of the CV-10-2021 & CV-10-2022 OSC and TRO/ See Courts computer cases directory.*}

3. These Pre-discovery Preliminary Injunctions :
    ( A ) Assertive {Digital cyberterrorism counts etc probe} Digital Computer Investigation filings, case updates at Queens District Attorney/Government Agency, of Articles 700;

(18 U.S.C. 371) ;(18 U.S.C. 1519); (18 U.S.C. 1505);under CPL 110.05; 110.15 Felony Complaints. With a pending assertive document § 170.15 Forgery/fraud in the 1st degree., § 250.00; Failure to report criminal communications;

( **B** ) Due to the aforementioned avoidance [the invalid hearing filing *CV-10-2021-CV-10-2022* ] of prosecution acts by the defendants, that are of factual evidence substantiating all counts of the cases such as felony murder, enterprise corruption, etc. these defendants incidentally are liable of *Res-Ipsa-Loquitor* inflagrantedelicto descried to the public, the people of a *bell rung and heard already* acts by the defendants, upon which they can try to unring and vindicate themselves in trial. Of which thereafter rung did nothing but prove liability and complete question of Justice upholding corruption, that need a psychiatrists examination.

In addition, upon this rung multiple counts violations, I ask the court to suspend all powers of Congress from these Officialdom defendants for the Nation/We the People safety under the [USA PATRIOT Act (U.S. 3162, 107-56), Title VIII, Sec. 803-806], of these criminal circumstances as a matter of course under CPL Articles 730 they shall be compelled for Orders of Examination; Orders of Psychiatrists examinations till differ proved post trials jury verdicts.

*{See the Obstruction Of Justice improper invalid noncompliant null prior United States Eastern District Brooklyn and Central Islip District Court filing of the CV-10-2021 & CV-10-2022 OSC and TRO/ See Courts computer cases directory.}*

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

## V. Accusatory Statements of substantiating attributing factual statements of discovery, and evidence of the Felony Complaint.

Statement of claim:

The complaint of the plaintiff/complainant, ___Mr. Steven W. Gelish___, being duly sworn, deposes, respectfully shows and alleges as follows:

(1). The plaintiff/complainant herein: I_Mr. Steven W. Gelish, residing at
212-04 73rd Avenue Apartment 3p.
Bayside, New York 11364

Hereby entreat the court to take notice of, I, as the plaintiff/complainant, unfortunately a victim of Jeffrey Dahmer conscience type, Oxymoron Government, too. In my past fossil life, of this life, I was from youth, entrapped and deceived by a real fake Italini culture thing oxymoron government operation. [**This youth tainting, good normal life godly right, discourse alone, the defendants are liable for 100% lifetime recompensing pecuniary damages relief sought.**] Of which still today a reformed man 13 years thereafter, post the defendants entrapping discourse, upon my commencement of reformity they took it upon themselves to continue to try to discourse my life, of which numerous criminalities transpired by them of such daily belligerent badgering, harassment etc. acts to the [**Wherefore defendant's have order's of protection and capitulation to the plaintiff, as well as in lieu of decrees of power of Congress for the safety of the people, injunctions to be obliged, retroactive since May 05th, 2010 of the cases improper filing.**], tort to the plaintiff, of multiple violation of plaintiff's civil rights.

These oxymoron officialdom criminalities tort escalated into multiple counts of a embargo of digital harassment, digital protesting, digital cyberterrorism, invasion of privacy, enterprise corruption, plaintiff's R.F.G.O. Business Plans,[28 U.S.C. § 1400 ( a ), ( b ) ]., product Intellectual Property Rights Espionage, plagiarism. **[A mimicking of Watergate scandal;of history repeating itself non-compliant filing parrot Watergate/Plaintiff S.G.; selective prosecution/coverup scandal and a hate crime.]** These Tort acts entail of a National Security threat, of numerous violations, {*See annexed of the improper invalid noncompliant null prior United States Eastern District Brooklyn and Central Islip District Court filing of the CV-10-2021 & CV-10-2022 OSC and TRO{See the invalid noncompliant null prior original United States Eastern District Brooklyn and Central Islip District Court filing of the CV-10-2021 & CV-10-2022 OSC and TRO/ See Courts computer cases directory.*} such as our USA PATRIOT Act (U.S. H.R. 3162, Public Law 107-56), Title VIII, Sec. 803-806, as well as the other violations listed in that *CV-10-2021 & CV-10-2022 OSC and TRO,* defendants avoidance hearing, selective prosecution cases.

In addition to this oxymoron government tort acts plaintiff's civil rights violations, they have also effected into his family, this tort cancer has metastisized with an influence into a defenseless senior citizen, the plaintiff's mother, care and stay at the NorthShore Long Island Jewish Hospital, of which this influence was the cause, no less contributory of the NSLIJ medical malpractice wrongful death criminal negligence felony murder of his defenseless senior citizen mother. Heretofore, factual evidence in the Affidavit of Support of the invalid filing case ; { *See annexed Exhibits of the invalid filing CV-10-2021-CV-10-2022 Affidavits in support.* }

Due to this avoidance [the invalid hearing filing *CV-10-2021-CV-10-2022* ] of prosecution that fall under violation of acts that are of his civil rights, the defendants incidentally are liable of *Res-Ipsa-Loquitor* inflagrantedelicto descried to the public, the people of a *bell rung and heard already* acts of the defendants, upon which they can try to unring and vindicate themselves in trial.

They shall be tried of the undermentioned list of the following statute of penal codes list offenses for the officialdom tort as well full liability of the NSLIJ Felony Murder case underlisted.

||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

## <<<<<<<<<COUNTS COMMON TO ALL DEFENDANTS>>>>>>>>

# VI. The People of The State of New York,
### Defendants Felony Counts of Offenses to the deceased victim Ms. Annette Gelish , and/or claimant Mr. Steven W. Gelish.

{All Defendants are assessories, accomplices, prime defendants, implicated to be prosecuted till vindicating innocence or vindicating themselves from all abundant of charges for itemizing of charges to who or what individuals.}

I- MULTIPLE COUNTS – IN THE FORMS OF THIS ( 1 ) NSLIJ WRONGFUL DEATH TORT FELONY MURDER ( 2 ) OFFICIALDOM TORT; ( 3 )EMBARGO);

( 4 )DEPRIVATION OF JUSTICE; ( 5 ) DISCRIMINATION OF JUSTICE;

( 6 ) DISCRIMINATION OF RACE;   AS OF THE COMPLAINT LISTED VIOLATIONS   ( 1 ) to ( 40 )- THE DEFENDANTS ARE ASSESSORIES AS WELL AS DEFENDANTS IN VIOLATION OF <u>THE UNDERLISTED BELOW:</u>

<Tort,Embargo,Dep./Discrimination of Justice/Race  Officialdom Penal Charges>

1. § Perverting the course of justice;
2. § Obstruction of Justice
3. § Obstructing Congressional or Administrative
4. Proceedings (18 U.S.C. 1505) . . . . . . . . . . . . . . . . . . . . . .
5. Conspiracy to Obstruct (18 U.S.C. 371) . . . . . . . . . . . . .
6. Conspiracy to defraud . . . . . . . . . . .
7. Obstruction by destruction of evidence (18 U.S.C. 1512(c)) . . . . . . .
8. Obstruction by harassment (18 U.S.C. 1512(d)) . . . . . .
9. Contempt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
10. Criminal Contempt of Court . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
11. Obstruction by Mail or Wire Fraud (18 U.S.C. 1341, 1343) . . . . . . .
12. Obstruction of Justice by Destruction of Evidence . . . . . . . . . . . . . . . . . . . . .
13. Obstruction of Investigations by Destruction of Evidence; (18 U.S.C. 1519)
14. § 105.17 Conspiracy in the 1st degree;
15. § 120.05 Assault without Physical Contact  in the 1st degree;
16. § 120.05 Non-Physical Assault with intent;
17. § 120.10 Assault without Physical Contact  in the 2nd degree;
18. § 120.11 Aggravated Assault in the 1st degree;
19. § 120.12 Aggravated Assault without Physical Contact
20. § 120.60 Stalking in the 1st degree
21. § 155.42 Grand Larceny in the first degree; R.F.G.O. Espionage, IPO's, ETC.
22. § 156.00; to 156.50 Offenses involving computers;
23. § 215.52 Aggravated Criminal Contempt;
24. § 215.51 Criminal Contempt in the first degree ; [OOPS ARE LEGALLY ACTIVATED, OBLIGED OR OTHER ADDITIONAL CONTEMPT]
25. § 205.50 Hindering prosecution, by being assistance to defendants of felonies,  in the 1st degree;
26. § 205.65 assistance to defendants of a felonies in the first degree;
27. § 215.16; Intimidating a witness ;
28. § 215;17  Intimidating a witness ;
29. § 215.45 Compounding a crime;
30. § 215.75 Unlawful disclosure of an indictments ;
31. § 240.26; Class B misdemeanors  Harassment without Physical Contact in the 2nd degree;
32. § 240.25  Class B misdemeanors  Harassment without Physical Contact in the 1st degree;
33. § 240.30 Aggravated Harassment ;
34. § 240.31 Aggravated Harassment ;
35. § 240.45 Criminal nuisance in the 2nd degree;

36. § 250.00; Failure to report criminal communications ;
37. § 250.35  Failure to report criminal communications;
38. § 460.00 Enterprise Corruption {Of the Insurrection Oxymoron Officialdom };
39. § 490.10; Soliciting/Providing Support for an act of Terrorism, in the 2nd degree ;
40. § 490;15; Soliciting/Providing Support for an act of Terrorism; in the 1 st Degree;
41. § 490.30 Hindering Prosecution in the 2nd degree ;
42. § 803-826 Title IV USA PATRIOT ACT
43. Federal Criminal Violations of ( 1 ) to ( 40 ) {In reference of the Exhibits of the invalid noncompliant null prior original United States Eastern District Brooklyn and Central Islip District Court filing of the CV-10-2021 & CV-10-2022 Compliant proceeding, { See annexed hereto Exhibit ( 1 ) complaint list of violations, and Court records}
44. <u>F.R. Crim. Pro. Statutes of TITLE 18 violations</u>
45. <u>FEDERAL RULES OF CRIMINAL PROCEDURE PENAL STATUTES</u>
46. § 241. Conspiracy against rights
47. § 242. Deprivation of rights under color of law;
48. § 249. Hate crime acts {Bodily/Severe Physical Injury}
    <u>§ 1113</u>. Attempt to commit murder or manslaughter
    <u>§ 1117</u>. Conspiracy to murder
49. § 2340. Torture
    § 2383. Rebellion or insurrection
50. § 2384. Seditious conspiracy
51.    § 1111  TITLE 18: **CHAPTER 51—HOMICIDE COUNT**
52. etc.
53. [^^All above listed counts to be of incidents itemized in CV-10-2021 & CV-10-2022 Affidavits of Support, {*See Courts computer cases directory  CV-10-2021 & CV-10-2022 Affidavits of Support.}* ^^]

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

## VII. The People of The State of New York,
### Defendants Felony Counts of Offenses to the deceased victim Ms. Annette Gelish , and/or claimant Mr. Steven W. Gelish.

II-MULTIPLE COUNTS - ATTEMPTED HOMICIDE, CRUEL AND UNUSUAL PUNISHMENT ,DEPRIVATION OF LIFE IN THE FORM OF DIGITAL TERRORISM EQUATING DEFENDANTS AS  CYBERTERRORISM INSURGENCY AN ENDANGERMENT TO LIFE;NATIONAL SECURITY; FALLING UNDER *USA PATRIOT ACT, TITLE VIII, Sec. 802, TO BE ELIGIBLE  OF A CITIZEN'S RIGHT SENTENCING TO DEATH OF POINT BLANK RANGE, AS WELL AS TO BE EXECUTED WITH AND/OR WITHOUT A TRIAL*  IN VIOLATION OF THE FOURTH, FIFTH,EIGHTH, FOURTEENTH AMENDEMENT, AND IN VIOLATION OF:

1. The USA Patriot Act, Title VIII, Sec. 803-806,
2. <u>18 U.S.C. § 506</u> **No Electronic Theft Act**
3. <u>18 U.S.C. § 1028</u> Identity Theft and Assumption Deterrence Act of 1998
4. <u>18 U.S.C. § 1029</u> Fraud and Related Activity in Connection with Access Devices

5. 18 U.S.C. § 1030 Fraud and Related Activity in Connection with Computers
6. 18 U.S.C. § 1343 Wire Fraud
7. 18 U.S.C. § 1362 Communication Lines, Stations, or Systems
8. 18 U.S.C. § 2511 Interception and Disclosure of Wire, Oral, or Electronic Communications Prohibited
9. 18 U.S.C. § 2701 Unlawful Access to Stored Communications
10. 18 U.S.C. § 2702 Disclosure of Contents
11. 18 U.S.C. § 2703 Requirements for Governmental Access
12. (ECPA)- Electronic Communications Privacy Act
13. (CFAA)- Computer Fraud and Abuse Act

1.- Plaintiffs incorporate each allegation above as though fully set forth herein.

2.- The conduct of U.S.A. Government Officialdom employees/defendants to the Plaintiff of :
( A ) excessive waiting time of the response of investigation/prosecution request/OSC claim docketting.
( B ) fraudulent denial of prosecution of case of not their authorative decision's, of the Constitutional autonomy enforcement, the acts it falls under ( II ).-Death Rights Investigation Act,( III ).-Criminal Victims Rights Acts,( IV ).-USA PATRIOT Act (U.S. H.R. 3162, Public Law 107-56), Title IV, Sec. 623-624, Victims of Crime Act of 1984, as well as in support of the Patriot Act in prevention of terrorism, and the treason counts of this officialdom, that is in jeopardization of our Nations security.

( C ) Repetitive denial upon being under the aforementioned above acts, etc.
   Constituting Attempted Homicide Deprivation of Life in violation of fifth, eighth, fourteenth Amendment of the Constitution of the United States, as well as the USA Patriot Act, Title VIII, Sec. 803-806. .

3.-The conduct of U.S.A. Government Officialdom employees/defendants to the Plaintiff constitutes as deliberate indifference to the Plaintiff's rights and an intent to deprive him in an inhumane and indecent manner in violation of the fifth, eighth, fourteenth Amendment of the Constitution of the United States, as well as the USA Patriot Act, Title VIII, Sec. 802-806. .

4.-As a direct and proximate result of the U.S.A. Government Officialdom employees/defendants conduct to the Plaintiff described above, Plaintiff has and is currently suffering of damages described in in the OSC next paragraph below.

In addition since notification points of time as listed in the Affidavit of support of the OSC {In reference of the Exhibits of the invalid noncompliant null prior United States Eastern District Brooklyn and Central Islip District Court filing of the CV-10-2021 & CV-10-2022 OSC and TRO proceedings, see the Court Records} any North Shore Long Island Jewish Facilities illegal euthanasias, and or criminal negligences post of notifications to Officialdom defendants of which was not acknowledged shall be liable to be charged for accountability and to currently found of Endangering the welfare of vulnerable elderly persons, for prosecution, consecutive with the underlisted Class A Felony charges.

**III**-MULTIPLE CPL COUNTS OF -CRIMINAL NEGLIGENCE; INJURY TO LIFE; ATTEMPTED HOMICIDE IN THE FORM OF EXCESSIVE AMOUNTS OF MEDICATIONS; INHUMANE CARE AND NEGLIGENT MD. ORDERS EQUATING TO PREMEDITATED CONSPIRACY FELONY MURDER WITH DEFENDANTS AS ASSESSORIES, ACCOMPLICES AND THE DEFENDANTS AS MURDERERS IN VIOLATION OF

    A). § 105.17 Conspiracy in the 1st degree
    B). § 205.65 assistance to defendants of felonies in the 1st degree.
    C). § 220.10- FDA-Class II – Controlled Substance Act Violations;
    D). § 220.46 Criminal injection by an instrument of a CLASS II FDA Controlled substance.
    E). § 70.00 (3) (a) (I) Murder in the 1st degree
    F). § 70.05 (3) (a) Felony Murder-
    G).§ 125.27 Murder in the 1st degree
    H). § 170.15 Document Fraud/Forgery in the first degree.{Death Certificate}

### FEDERAL RULES OF CRIMINAL PROCEDURE PENAL STATUTES
§ 241. Conspiracy against rights
§ 242. Deprivation of rights under color of law;
§ 249. Hate crime acts {Bodily/Severe Physical Injury}
§ 1113. Attempt to commit murder or manslaughter
§ 1117. Conspiracy to murder
§ 2340. Torture
§ 2383. Rebellion or insurrection
§ 2384. Seditious conspiracy
§ 1111 TITLE 18: **CHAPTER 51—HOMICIDE COUNT**

{ The plaintiff/complainant Mr. Steven W. Gelish states,
"It is a MD legal prescription pending; with the staffs actions of being illegal and criminal negligent; I witnessed Doc./ he never administered them in front of I, it was all the staff on their own responsibility of their actions under the Doctors prescription.

However thus, the Doctor being educated of the internist medical society degrees etc. , he is aware of the empirical effects of the medication with his direction of the diagnosis prescription order of his orders constituting as him and staff under premeditated conspiracy as well as expectant FDA felony violations administering of medications, as well as the final out come of murder in the first and second degree of the felony acts constituting this case as a felony murder."}

1.- Plaintiffs incorporate each allegation above as though fully set forth herein.

2.- The conduct of the NSLIJ administration employees/defendants to the plaintiff/complainant of :
( A ) excessive medications amounts creating injury to life.
( B ) nonrectifying orders to inhibit appetite under the commitment to respecting patients decision about their trusted medical care violating the Patient's Rights contract with the facility.(**Placed in a drug induced coma of this situation, How does the medical society offer the patient the choice to refuse non-sustaining life treatment?**)

( C ) Repetitive criminal negligence inhumane care to not correct the enfeeblement debility malnourishement of loss of appetite thus excessive medications into a drug induced coma, upon premeditated conspiracy diagnosis prescription of empirical known ordered respitory suppressing effects of the ativan and morphine, of as well as the **admitted the criminal negligence; FDA felony violation excessive amounts of medications doses [ § 220.10-;§ 220.46 ] that equated to a drug induced coma, and thereafter an illegal euthanasia homicide, constituting of a common law felony murder count, of E. § 70.00 (3) (a) (I) Murder in the 1st degree; F. § 70.05 (3) (a) Felony Murder-; G.§ 125.27 Murder in the 1st degree.**

3.-The conduct of NSLIJ administration employees/defendants to the plaintiff/complainant constitutes as deliberate indifference to the deceased victim Hospital patient contract, Constitutional Rights and an intent to deprive her in an inhumane and indecent manner in violation of the fourteenth Amendment of the Constitution of the United States, as well as personal pecuniary damages to the estate administrator Mr. Steven W. Gelish.

4.-As a direct and proximate result of the NSLIJ administration employees/defendants conduct to the deceased victim constituting of a wrongful death tort felony murder and the estate administrator Mr. Steven W. Gelish, plaintiff/complainant described above, plaintiff/complainant has and is currently suffering of damages described upon all pleadings and prior proceedings had herein.

|||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||||

## VIII. The People of The State of New York,
### Defendants Felony Counts of Offenses to the deceased victim Ms. Annette Gelish , and claimant Mr. Steven W. Gelish.

### IV- MULTIPLE COUNTS - ATTEMPTED HOMICIDE, DIGITAL CYBERTERRORISM, ETC., FELONY MURDER IN THE FORMS OF THIS:
( 1 ) OFFICIALDOM TORT; ( 2 ) NSLIJ WRONGFUL DEATH TORT/FELONY MURDER; ( 3 )EMBARGO); ( 4 )DEPRIVATION OF JUSTICE; ( 5 ) DISCRIMINATION OF JUSTICE; ( 6 ) DISCRIMINATION OF RACE; ( 7 ) AS OF THE COMPLAINT LISTED VIOLATIONS ( 1 ) to ( 40 ) { See annexed Exhibits ( 1 ) complaint list of violations of the invalid filing CV-10-2021-CV-10-2022} - **IN VIOLATION OF THE PEOPLES CIVIL RIGHTS, U.S.A. PATRIOT ACT, TITLE VIII, SEC. 803-806, ETC.**

Of the avoidance prejudice compliant fair hearing right, peoples prosecution right on these matters,  the plaintiff's and the NSLIJ Victim, Ms. Annette Gelish Civil Rights were violated of the, Fifth, Seventh, Eighth, and the Fourteenth Amendments, of which the defendants are assessories, accomplices, and prime defendants of  ( 1  ) **OFFICIALDOM TORT; ( 2  ) NSLIJ WRONGFUL DEATH TORT/FELONY MURDER; ( 3 )EMBARGO); ( 4 )DEPRIVATION OF JUSTICE; ( 5 ) DISCRIMINATION OF JUSTICE; ( 6 ) DISCRIMINATION OF RACE.**
upon which are in violation of the following acts.
A) On the grounds of the criminalities of the matters it arises under:
    ( 1 ) **Death Rights Investigation Act** for the People of the State of New York, as well as the family/complainant of the victim Ms. Annette Gelish, People, compelling commencement of an an investigation, precedent of the Liberty, Civil Rights of the plaintiff/complainant.

B) On the grounds of the criminalities of the matters it arises under:
    ( 2 ) **Criminal Victims Rights Act** arising under the family/complainant of the victim

Ms. Annette Gelish, compelling commencement of an investigation and prosecution, precedent of the Liberty, Civil Rights of the plaintiff/complainant, People, as well as the People of the State of New York .

**C)** On the grounds of the criminalities of the matters it arises under:
**( 3 ) Criminal Victims Rights F.R.Crim. Pro. TITLE 18 > PART II > CHAPTER 237 > § 3771** arising under the family/complainant of the victim Ms. Annette Gelish, compelling commencement of an investigation and prosecution, precedent of the Liberty, Civil Rights of the plaintiff/complainant, People, as well as the People of the State of New York .

**D)** On the grounds of the criminalities of the matters it arises under:
**( 4 )** *USA PATRIOT Act (U.S.* H.R. *3162,* Public Law *107-56), Title IV, Sec. 623-624, Victims of Crime Act of 1984,* arising under the family/complainant of the victim Ms. Annette Gelish, compelling commencement of an investigation and prosecution, precedent of the Liberty, Civil Rights of the plaintiff/complainant, People, as well as the People of the State of New York .

**E)** On the grounds of this oxymoron officialdom defendants not obliging to these acts they are in violation {In lieu of Estate Administrator complainant standing} Victim, Ms. Annette Gelish Civil Rights Violated of the, Fifth, Seventh, Eighth, and the Fourteenth Amendments criminalities of the matters it arises under: **( 5 ) Civil Rights Act of (28 U.S.C § 1343).**

**F)** On the grounds of this oxymoron officialdom defendants not obliging to these acts they are in violation of the plaintiff's/claimant Mr. Steven W. Gelish Civil Rights Violated of the,Fifth, Seventh, Eighth, and the Fourteenth Amendments criminalities of the matters it arises under: **( 6 ) Civil Rights Act of (28 U.S.C § 1343).**

### V- (A to F ) ALL OF MULTIPLE COUNTS – CPL § ATTEMPTED HOMICIDE, IN THE FORM OF CRUEL AND UNUSUAL PUNISHMENT, DEPRIVATION OF LIFE IN VIOLATION OF THE FIFTH,SEVENTH,EIGHTH, FOURTEENTH AMENDEMENTS OF THE CLAIMANTS CIVIL BILL OF RIGHTS OF THE UNITED STATES CONSTITUTION, AS WELL AS THE NEW YORK STATE CRIMINAL PROCEDURE LAWS, OF THE PEOPLE OF THE STATE OF NEW YORK.

\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|

**IX.** The relief sought, whereof these illegal wrongs digital terrorism violations consist of multiple counts of attempted homicide in the form of deprivation of life, loss of liberty counts, injury to life, lesser quality of life, all economic advantage loss, numerous potential of [1 to enterprise amount] of **R.F.G.O.** Employees loss of careers class action litigation, plus possible interest profit from monetary resource, numerous potential of [1 to Mack player amount] loss of suitors class action litigation,loss of essential suitor, family relations due from lack of economic support to essential suitor and family members from this fraudulent denials that

shall be 100% compensation and recompensing emotional pain and suffering, embarrassment and humiliation, mental anguish, trauma, indemnities, on top of being guilty of defamation, pecuniary damages etc, too, to the plaintiff himself.

**X. PLEASE TAKE FURTHER NOTICE,** that upon failure to comply to this Felony complaint, multiple counts of Civil Rights violations shall be charged additionally on top of the pending OSC allegations as well as implicating the acting courts participants as defendants tortfeasors officialdom to be capitulated and tried to this action as part of defective conduct of government prejudice parte, as well as to be tried as assessories, accomplices, prime defendants, hindering prosecution, perverting,obstruction of justice to the NSLIJ wrongful death tort, homicide common law felony murder case of the Ms. Annette Gelish, in addition to being tried as assessories, accomplices, prime defendants, hindering prosecution, perverting,obstruction of justice to the Officialdom Tort, in addition to the National Security Risk Military Tribunal, as well as a motion will be made to the Court for the appropriate relief with costs.

\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\\

**XI. PLEASE TAKE FURTHER NOTICE,** that upon failure to oblige of the aforesaid proceedings, you shall* be tried of a hate crime under F.R. Crim. Pro. Violations ,TITLE 18 > PART I > CHAPTER 1 > §3. Accessory after the fact, Title 18 Etc, as well as to be tried as assessories, accomplices, prime defendants { *An officialdom participant of 100% liability of all medical malpractice, criminalities of the NSLIJ facility post this submittal date of notice.*}, of the above above aforementioned CPL Counts to the NSLIJ wrongful death tort, homicide common law <u>felony murder case</u> of the Ms. Annette Gelish, in addition to CPL Felony counts of :

<<<<<<<<<<<<<<*Officialdom Penal Charges of the NSLIJ Case*>>>>>>>>>>>>>>>
( 1 ) § obstruction of justice ;
( 2 ) § 205.65 assistance to defendants of felonies in the first degree;
( 3 ) § 215.45 Compounding a crime;

( 4 ) § 215.51 Criminal Contempt in the first degree;
( 5 )§ 215.52 Aggravated Criminal Contempt;
( 6 )§ 205.50 Hindering prosecution, by being assistance to defendants of a felonies, in the 1st degree;
( 7 ) § 205.65 assistance to defendants of felonies in the first degree;
( 8 ) § 490.30 Hindering Prosecution in the second degree Class C felony hindering prosecution;

<u>Current patients/cases of the NSLIJ Facility Liability</u>
( 9 ) § 260.25 Endangering the Welfare of a incompetent or physically disabled person;
( 10 ) § 260.32 Endangering the Welfare of a Vulnerable Elderly person in the 1st degree;
( 11 ) § 260.34 Endangering the Welfare of a Vulnerable Elderly person.

<u>**FEDERAL RULES OF CRIMINAL PROCEDURE PENAL STATUTES**</u>
§ 241. Conspiracy against rights
§ 242. Deprivation of rights under color of law;
§ 249. Hate crime acts {Bodily/Severe Physical Injury}
<u>§ 1113</u>. Attempt to commit murder or manslaughter
<u>§ 1117</u>. Conspiracy to murder
§ 2383. Rebellion or insurrection
<u>§ 2384. Seditious conspiracy</u>
§3. Accessory after the fact

\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|

**XII.** A CHECKMATE ADDENDUM, "Of unringing the bell clause, once the bell is rung of the nonce and thy heard already, it cannot be unrung to be unheard, is the action for the insurrection oxymoron officialdom defendants to do.", upon the current post date below, all these allegations are in the past tense of yesterday dates experiences of illegal actions that transpired by the defendants of substantiating evidence proving beyond the reasonable doubt {See exhibits of the Perverting, Obstruction of Justice filing of CV-10-2021-CV-10-202 cases} that these criminal illegalities are and *WERE* in violation of the aforesaid above listed minor infractions; criminal penal codes as well as the plaintiff's civil rights, such as the aforesaid above listed minor infractions; criminal penal codes charges of factual evidence, proving them guilty{bell rung}, wherefore thus being imperative of 100% superior liability for full 100% compensation and recompensing emotional pain and suffering, embarrassment and humiliation, mental anguish, trauma, defamation, pecuniary indemnities damages,, to the plaintiff himself for both Officialdom and the NSLIJ Medical Malpractice wrongful death Tort cases as well as the for the estate of Ms. Annette Gelish, be granted, and that I have such other relief as the Court may find to be just and proper.

\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|\|

**XIII.** A **FURTHER NOTICE MOREOVER ADDENDUM**, along with a motion shall be made to the Court for the appropriate relief sought to be deemed just and proper with costs to all assessories, accomplices, you, In conclusion with a deference to impanel a common law Federal Criminal Courts, Military Tribunal, NYS State Queens Criminal Courts proceedings, pleading, §-110.10; § 110.10 (2) indictments, warrants of arrests conviction for the late *Corpus Delicti*, Ms. Annette Gelish, the administrator of the estate, in addition to the plaintiff of the officialdom tort case. Together with any other relief the court finds to be just and proper.

Dated: Monday, July 11, 2010 01:37 :49 am, Queens, New York

Respectfully Submitted,

X _____Steven W. Gelish_____

**Plaintiff/Complainant, Arbiter Citizen Mr. Steven W. Gelish**
212-04 73rd ave. Apt. 3p.
Bayside, N.Y. 11364
T#-001-347-981-4832

**PRO SE ESQUIRE PLAINTIFF/COMPLAINANT**

To:
**United States Attorney Generals Office**
277 Cadman Plaza East
Brooklyn, NY 11201

To:
**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Honor:_____**
**Pro-Se Office, Attn: Mr. Hugh Lewis**
**225 Cadman Plaza**
Brooklyn, New York 11201

INDEX NO.
## <<<<<FELONY COMPLAINT JURY TRIAL DEMANDED>>>>>
## <<<<< OXYMORON OFFICIALDOM FELONIES>>>>>

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

Mr. Steven W. Gelish
212-04 73rd ave. Apt. 3p.
Bayside, N.Y. 11364

plaintiff/complainant/litigant

-AGAINST-

Name: U.S.A., N.Y. Government, Officialdom current and post administrations
Address: Land of common good and law, My Land, My Country {Uniroots}
{Next page, annexed list of Defendants of public contact information}

---

## <<<<<FELONY COMPLAINT JURY TRIAL DEMANDED>>>>>
## <<<<< OXYMORON OFFICIALDOM FELONIES>>>>>

---

To the best of my knowledge, information and belief, formed after an inquiry reasonable under the circumstances, The presentation of these papers or the contentions therein are not frivolous as defined in subsection §(c) of section §130-1.1 of the Rules of the Chief Administrator (22NYCRR)

Pro Se Esquire plaintiff/complainant litigant Information
Sign Name: *Steven W. Gelish*
Print Name: **Mr. Steven W. Gelish**
Address: **212-04 73rd Ave. Apt.3p.**
**Bayside, N.Y. 11364**
Telephone: **001-347-981-4832**
TeleFax : **001-718-255-7361**

Service of a copy of the within is hereby admitted:
Dated: 08/02, 2010
Attorney for Pro-Se Mr. Steven W. Gelish