UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
STEVEN W. GELISH,

                            Plaintiff(s),                  ORDER

        -against-                              CV 10-3636 (JS) (ETB)

U.S.A., et al.,

                            Defendant(s).
----------------------------------------------------------------------X

      The initial conference previously scheduled for November 30, 2010 at 11:00 a.m. with the undersigned is canceled.

**SO ORDERED:**

Dated: Central Islip, New York
       September 14, 2010

                                                  /s/ E. Thomas Boyle
                                                  E. THOMAS BOYLE
                                                  United States Magistrate Judge